UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| SANTOSH SHARMA, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 5: 24-363-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| UK HEALTHCARE–TURFLAND, | ) | **JUDGMENT** |
| | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Consistent with the Memorandum Opinion and Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1. This action is **DISMISSED** and **STRICKEN** from the docket.

2. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

Dated: December 16, 2024.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky